UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

LEEWARD TOBIAS BAKER, individually,  )
and on behalf of his son, NICHOLAS BAKER, )
                                                                                )
        *Plaintiffs*,          )
v.                                                    )         No. 3:05-CV-553
                                                    )
KNOX COUNTY SCHOOL DISTRICT 00470,)        Chief Judge Curtis L. Collier
*et al.*,                                                     )
                                                          )
        *Defendants*.        )

## JUDGMENT ORDER

United States Magistrate Judge Bruce Guyton filed his report and recommendation in this case pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 37). Neither party filed objections within the given ten days.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, it is **ORDERED** and **ADJUDGED**:

(1)    The Parties' Joint Motion for Order Approving Minor's Settlement (Court File No. 34) is **GRANTED** and the settlement described therein is approved and made the judgment of this Court.

(2)    The appointment of a guardian ad litem is waived.

(3)    Defendants are released from all further claims or liability to Plaintiffs resulting from the incidents described in the Complaint and Amended Complaint.

(4)    No costs are awarded in this matter.

It is further **ORDERED** that this case is **DISMISSED** with prejudice. The Clerk of the Court is directed to **CLOSE** this case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
    CLERK OF COURT